that it merged into the greater. It is conceded by the relator that to the land value of $200,000 there should be added $50,000, representing the then existing improvements. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Lazansky, P. J., Young, Hagarty and Seeger, JJ., concur; Carswell, J., dissents and votes to reverse the order, dismiss the writ and confirm the original assessment, upon the ground that there is no proof of improvements in the new construction that would establish that it is usable as a complete unit or building apart and distinct from the old buildings to which it is attached, and, therefore, such new construction is not a building within the purview of the charter provision. Settle order on notice.

ALBERT R. SMITH, Suing in Behalf of Himself and Other Stockholders of the TRIPLEX GOLD MINES, LTD., Similarly Situated, Excepting DUNCAN B. HARRISON and ETHEL G. HARRISON, Respondent, v. DUNCAN B. HARRISON and ETHEL G. HARRISON, His Wife, Appellants, and TRIPLEX GOLD MINES, LTD., Defendant.— Order modified by striking therefrom paragraph (5) relating to the undertaking to be given by the substituted plaintiff and by inserting in place thereof the provisions contained in paragraph 4th of the order of this court in this action, dated February 2, 1927, and as so modified affirmed, with ten dollars costs and disbursements to appellants. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

BERTHA SMITH, as Administratrix, etc., of GEORGE M. SMITH, Deceased, Respondent, v. CLARA N. BOCKHORST, Appellant.— Judgment and order reversed upon the law and the facts, and new trial granted, costs to abide the event. In view of the sharp conflict of testimony it was prejudicial error to admit in evidence plaintiff's exhibit 1, which on its face is shown to be a self-serving declaration, Rich, Kapper and Scudder, JJ., concur; Lazansky, P. J., and Hagarty, J., dissent and vote to affirm.

GOODWIN B. WATSON, Respondent, v. WILLIAM P. SICKLEY and BERTHA H. SICKLEY, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

FANNIE WEIDENBAUM, Respondent, v. BLANCHE HEYLIGER HYDERICH, Defendant, and JEROME C. MCDONOUGH, Purchaser, Appellant.— Order directing purchaser to accept title reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The purchaser had not been tendered a marketable title up to and including the time of the argument of the motion to compel him to accept title. Appeal from order denying motion to reargue and resettle dismissed, without costs. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

WELWORTH AUTOMOTIVE CORPORATION, Respondent, v. ETCO TRADING CORPORATION, Appellant. (Appeal No. 1.) — Order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

WELWORTH AUTOMOTIVE CORPORATION, Respondent, v. ETCO TRADING CORPORATION, Appellant, and JAMES SONNENBLICK, Defendant. (Appeal No. 2.) — Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.